# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ORPHA MARTIN,

    *Plaintiff,*

v.

ANDREW M. SAUL, Acting Commissioner of Social Security,[1]

    *Defendant.*

CIVIL ACTION
NO. 16-117

## ORDER

**AND NOW**, this 7th day of August, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 12), Defendant's Response (ECF No. 13), Plaintiff's Reply (ECF No. 15), Magistrate Judge Sitarski's R. & R. (ECF No. 17), Plaintiff's Objections (ECF No. 18), Defendant's Response (ECF No. 20) and the Administrative Record (ECF Nos. 10 & 11), it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;

2. Magistrate Judge Sitarski's Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review is **DENIED**;

4. The Commission of Social Security's decision is **AFFIRMED**; and

5. The Clerk of Court shall **CLOSE** this case.

---

[1] At the time Martin filed her complaint, Carolyn W. Colvin was the Acting Commissioner of the Social Security Administration. On June 17, 2019, Andrew M. Saul succeeded Nancy A. Berryhill as Acting Commissioner. Thus, pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g), Saul is substituted as the defendant in this action. *See* FED. R. CIV. P. 25(d); 42 U.S.C. § 405(g).

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.